AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| RICHARD MESSINEO | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:17-cv-01225 -EJF |
| DEBBIE KEMP, in her individual capacity; ROLLIN | ) |
| COOK, in his individual capacity; THOMAS | ) |
| PATTERSON, in his individual capacity; BRENT | ) |
| WIECHMAN, in his individual capacity; LONDON | ) |
| STROMBERG, in his individual capacity; JIM | ) |
| HUDSPETH, in his individual capacity; and DOES 1 | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    DEBBIE KEMP, 14425 So. Bitterbrush Lane, Draper, UT 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David O. Drake, 6905 South 1300 East, # 248, Midvale, UT 84047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

D. Mark Jones
CLERK OF COURT

Date: _____ 03/12/2018 _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-01225

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEBBIE KEMP
was received by me on *(date)* MAY 29, 2018 .

☑ I personally served the summons on the individual at *(place)* 3571 W. SOUTH
JORDAN PKWY, SOUTH JORDAN 84095    on *(date)* MAY 29, 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: MAY 29, 2018

_____
Server's signature

VAN CORBALEY
Printed name and title

6000 S. FASHION BLVD #213
Server's address
MURRAY UT 84107

Additional information regarding attempted service, etc: